NAME AND ADDRESS OF ATTORNEY
Harold M. Hewell (Cal. SBN: 171210)
Hewell Law Firm
105 West F Street, Suite 213
San Diego, California 92101

PHONE: (619) 235-6854



FILED

DEC 14 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _AKR_ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE  The Hon. Janis L. Sammartino

COURT REPORTER  N/A

RABBI S. BINYOMIN GINSBERG, as an individual consumer, and on behalf of all others similarly situated,

(Appellant/Appellee)     Plaintiff

vs

NORTHWEST, INC., a Minnesota corporation, and DELTA AIR LINES, INC., a Delaware Corporation,

(Appellant/Appellee)     Defendant

CIVIL NO. 3:09-cv-00028 JLS (NLS)

NOTICE OF APPEAL     (Civil)

Notice if hereby given that  RABBI S. BINYOMIN GINSBERG

**x**   Plaintiff  _____ Defendant above named, hereby appeals to the United States Court of Appeals for the:   (check appropriate box)

**x**   Ninth Circuit                    Federal Circuit

from the:   (check appropriate box)

**x**   Final Judgment                  Order (describe)

entered in this proceeding on the __13__ day of  November , 20 09 .
Transcripts required         Yes         **x**   No.
Date civil complaint filed:         1/8/09

Date: 12/14/09

_____
Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)

# CERTIFICATE OF SERVICE

**Rabbi S. Binyomin Ginsberg vs. Northwest, Inc. and Delta Air Lines, Inc.**
U.S. District Court, Southern Dist. of California, 3:09-cv-00028 JLS (NLS)

I, Harold Hewell, declare: that I am and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California, in which County the within-mentioned mailing/service occurred. My business mailing address is 105 West F Street, Suite 213, San Diego, California 92101. I served the following document(s):

**NOTICE OF APPEAL (Civil)**

[X]  by e-mail transmission of copies of the above documents in .pdf format to the e-mail address of the parties below on December 14, 2009. No delivery errors were reported.

[ ]  by CM/ECF notification at the time of filing.

[X]  by placing the envelope for collection and mailing following our ordinary business practices on December 14, 2009. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 14, 2009, at San Diego, California.

/s/ Harold Hewell

## Mailing List

Richard T. Williams
Holland and Knight
633 West Fifth Street
Suite 2100
Los Angeles, CA 90071-2040
(213)896-2400  Fax: (213)896-2450
Email: richard.williams@hklaw.com
**ATTORNEYS FOR DEFENDANTS**

Christopher G. Kelly
Judith R. Nemsick
Holland & Knight LLP
195 Broadway
New York, NY 10007
(212) 513-3264
**ATTORNEYS FOR DEFENDANTS**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S BINYOMIN GINSBERG,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>NORTHWEST, INC.; DELTA AIR LINES, INC.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 09-CV-28 JLS (NLS)<br><br>**ORDER: (1) DENYING DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE, AND (2) ENTERING FINAL JUDGMENT IN FAVOR OF DEFENDANTS**<br><br>(Doc. Nos. 27, 28, 30, 31) |

Presently before the Court is Defendants' request for dismissal with prejudice of Plaintiff's breach of contract cause of action. (Doc. No. 28.) Also before the Court are Plaintiff's notices of intent to stand on his initial pleading.[1] (Doc. Nos. 27, 30, and 31.) Having considered all of these requests, the Court **DENIES** Defendants' request for dismissal with prejudice and enters final judgment in favor of Defendants.

The Court finds dismissal with prejudice of Plaintiff's contract claim inappropriate under the current circumstances. Although he failed to file his amended complaint within the time specified, Plaintiff has not engaged in the sort of inaction or disobedience of a court order that would merit the sanction of a Rule 41(b) dismissal. *See Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1065 (9th Cir.

---

[1] Although these documents were actually a motion for interlocutory appeal, a request for voluntary dismissal, and a request for entry of final judgment, the Court construes them as a notice of intent to stand on his initial pleading.

1  2004). Instead, having failed to comply with the Court's order, the proper result in this case is that
2  Plaintiff is no longer free to amend his pleading.
3      Next, the Court construes all three of Plaintiff's filings as his notice that he intends to stand
4  on his initial pleading. "When the plaintiff timely responds with a formal notice of his intent not to
5  amend, the threatened dismissal merely ripens into a final, appealable judgment." *Id.* Although
6  Plaintiff's response here was neither timely nor clear, the Court finds that he has adequately expressed
7  his intent to stand on his initial pleading. Therefore, this matter is concluded and this Order shall
8  serve as the final judgment in favor of Defendants. The Clerk shall close the file.
9      IT IS HEREBY ORDERED:

11  DATED: November 13, 2009

12  _____
    Honorable Janis L. Sammartino
13  United States District Judge

# Notice of Appeal Notification Form

**To:** Clerk, U.S. Court of Appeals  **Date:** 12/15/2009
**From:** U.S. District Court, Southern District of California
**Subject:** New Appeals Case Information & Docket Fee Notification

## Case Information

Case Title: S BINYOMIN GINSBERG, Rabbi, as an individual consumer, and on behalf of all others similarly situated v. NORTHWEST, INC, a Minnesota corporation and a wholly-owned subsidiary of Delta Air Lines, Inc; DELTA AIR LINES, INC., a Delaware corporation

U.S.D.C. No.: 09-cv-00028-JLS-NLS    U.S.D.C. Judge: Janis L. Sammartino

Complaint/Indictment/Petition Filed: Complaint

Appealed Order Entered: 11/13/2009

Notice of Appeal Filed: 12/14/2009

Court Reporter: No court reporter

COA Status: [ ] Granted in full/part (appeal only)    [ ] Denied (send clerk's file)

## Docket Fee Notification

Docket Fee: [x] Paid    [ ] Not Paid    [ ] No Fee Required

USA/GOVT. APPEAL: [ ] Yes   [x] No

Date F/P granted (Show Date and Attach Copy of Order): _____

Was F/P Status Revoked?  [ ] Yes   [ ] No

Companion Case(s): (Please list consolidated cases, if applicable) _____

## Counsel Information

**Appellant Counsel:**

Harold M Hewell
Hewell Law Firm
105 West "F" Street, Suite 213
San Diego, CA 92101
(619) 235-6854

Thatcher A. Stone
Thatcher A. Stone, Esq.
6 East 45th Street, Suite 1801
New York, NY 10017-2551
(646) 873-7521

**Appellee Counsel:**

Richard T. Williams
Holland and Knight
633 West Fifth Street, Suite 2100
Los Angeles, CA 90071-2040
(213) 896-2400

Christopher G. Kelly
Holland & Knight LLP
195 Broadway
New York, NY 10007
(212) 513-3264

**Appellee Counsel:** (continued)
Judith R. Nemsick
Holland & Knight LLP
195 Broadway
New York, NY 10007
(212) 513-3514

Counsel Status: [x] Retained     [ ] Appointed     [ ] Pro Se

Appointed by: _____
(Attach copy of order/minutes)

# SERVICE LIST

**Counsel for Appellant(s) and Appellee(s), as listed on the previous page, have been sent copies of the following items:**

| | |
|---|---|
| x | Transmittal to U.S.C.A. (Appellant and Appellee) |
| x | Case Information/Docketing Fee Notification Form (Appellant and Appellee) |
| x | Notice of Appeal (Appellant, Appellee, U.S. District Judge) |
|   | Docket Entries (Appellant and Appellee) |
| x | Transcript Designation and Ordering Form (Appellant Only, mailed separately) |
|   | Magistrate Judge's Report and Recommendation |
|   | COA Order |
|   | F/P Order |
|   | Minute Order |
| x | Other: ORDER Denying Defendants' Motion to Dismiss with Prejudice and Entering Final Judgment in Favor of Defendants, entered 11/13/2009 |

Form Completed And Documents Served By U.S. District Court Deputy Clerk:

Angela Rowland                                    s/ Angela Rowland

Deputy's Name                                     Deputy's Signature

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To:   Clerk, U.S. Court of Appeals
      P.O. Box 193939
      San Francisco, CA 94119-3939
      (via electronic transmission)

**Re:   USCA No:
        USDC No:     09-cv-00028-JLS-NLS
        Ginsberg v. Northwest, Inc et al**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| x | Notice of Appeal | | | | | | |
| x | Case Information/Docket Fee Payment Notification Form | | | | | | |
| | Original Clerk's Record in | | | set(s) of | | volume(s) | |
| | Reporter's transcripts in | | | set(s) of | | volume(s) | |
| | Lodgments in | | envelope(s) | | box(es) | | folder(s) |
| | Judgment Order | | | | | | |
| | Magistrate Judge's Report and Recommendation | | | | | | |
| | F/P Order | | | | | | |
| | COA Order | | | | | | |
| x | ORDER Denying Defendants' Motion to Dismiss with Prejudice and Entering Final Judgment in Favor of Defendants, entered 11/13/2009 | | | | | | |
| x | Please acknowledge receipt | | | | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 12/15/2009      By: s/ A. Rowland
                      A. Rowland, **Deputy**