FILED

FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 31 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| S. BINYOMIN GINSBERG, Rabbi, an individual and on behalf of all others similarly situated,<br><br>            Plaintiff - Appellant,<br><br>v.<br><br>NORTHWEST, INC., a Minnesota corporation and a wholly-owned subsidiary of Delta Air Lines, Inc.; DELTA AIR LINES, INC., a Delaware corporation,<br><br>            Defendants - Appellees. | No. 09-56986<br><br>D.C. No. 3:09-cv-00028-JLS-NLS<br>Southern District of California, San Diego<br><br><br>ORDER |

Before: SCHROEDER,[1] and TROTT, Circuit Judges.

Defendants-Appellees' motion for stay of issuance of the mandate pending application for writ of certiorari is GRANTED. Fed. R. App. P. 41(b).

Therefore, it is ordered that the mandate is stayed pending the filing of the petition for writ of certiorari in the Supreme Court. The stay shall continue until final disposition by the Supreme Court. Fed. R. App. P. 41(d)(2).

---

[1] Following the death of Judge Rymer, Judge Schroeder has been drawn to replace her on the panel.